ACCEPTED
04-16-00316-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/1/2016 2:17:29 PM
KEITH HOTTLE
CLERK

04-16-00316-CV

CAUSE NO. 13-06-28583-MCVAJA

| | | |
|---|---|---|
| BRENDA LYNN JUAREZ | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | |
| | § | 365th JUDICIAL DISTRICT |
| OLD AMERICAN | § | |
| COUNTY MUTUAL FIRE | § | |
| INSURANCE COMPANY | § | MAVERICK COUNTY, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/1/2016 2:17:29 PM
KEITH E. HOTTLE
Clerk

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF THIS COURT:

Pursuant to Rule 26.1 of the Texas Rules of Appellate Procedure, Brenda Juarez, the Plaintiff in the above action, files this Notice of Appeal to The Fourth Court of Appeals in San Antonio, Texas.

On April 22, 2016, the Trial Court granted Plaintiff's Second Motion for Summary Judgment and entered a Final Judgment which provided as follows:

"IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that Plaintiff, Brenda Juarez, have and recover from the Defendant, Old American County Mutual Fire Insurance Company, the amount of the judgment in the underlying lawsuit, Nine Thousand Nine Hundred Seventy-eight and 11/100 DOLLARS ($9,978.11), plus judgment interest at the rate of five percent (5%) from April 29, 2013, up to the limits of the policy issued by Old American County Mutual Fire Insurance Company to Marcus Rivera, until paid."

On May 20, 2016, Defendant Old American County Mutual Fire Insurance Company filed

its Notice of Appeal appealing from the above judgment. Plaintiff files this notice within 14 days after the first filed notice of appeal as authorized by Rule 26.1 of the Texas Rules of Appellate Procedure.

Plaintiff does not seek more favorable monetary relief than provided by the trial court in the Final Judgment. Plaintiff would show that the judgment in the "underlying lawsuit", referenced in the Final Judgment, was a joint and several judgment against two defendants, Marcos Rivera and Luis Rivera. The trial court found the Defendant Old American County Mutual Fire Insurance Company did have a duty to indemnify as to the named insured, Marcos Rivera, and entered the Final Judgment favoring Plaintiff Brenda Juarez as a judgment creditor of Marcus Rivera. The trial court had previously entered an interlocutory order, dated February 24, 2015, on competing motions for summary judgment finding that Defendant Old American County Mutual Fire Insurance Company did not owe a duty to indemnify as to the other joint tortfeasor, Luis Rivera. Plaintiff would show that the trial court was wrong and erred in entering the *"Order on Defendant's Motion for Summary Judgment and Plaintiff's Motion for Partial Summary Judgment"* signed February 24, 2015, and hereby gives notice of her desire to challenge this Order in this appeal. The correct ruling that Defendant Old American County Mutual Fire Insurance Company did have a duty as to the second tortfeasor, Luis Rivera, would provide an alternative legal basis for affirming the Final Judgment. Plaintiff desires to argue the correctness of the Final Judgment without accepting the reasoning or correctness of the trial court's order of February 24, 2015.

Respectfully submitted,

**KNICKERBOCKER HEREDIA**
**JASSO & SALINAS, P.C.**
468 Main Street
Eagle Pass, Texas 78852
Tel: (830) 773-9228
Fax: (830) 773-2582


By: ___Eugene D. Stewart___
     EUGENE D. STEWART
     State Bar No. 19207500

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Plaintiff's Notice of Appeal was served as provided by Rule 21a, TEX. R. CIV. PROC., to Mr. William A. Newman, wnewman@bishophummert.com, BISHOP & HUMMERT, P.C., 5910 N. Central Expressway, Suite 1600, Dallas, Texas 75206 on this the 1st day of June, 2016.

Eugene D. Stewart
Eugene D. Stewart